IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| CHERYL SLIGER, as Administratrix of the Estate of Paul Eugene Sliger, and Individually and In Her Own Right;<br><br>Plaintiff,<br><br>vs.<br><br>AG SOLUTIONS GROUP, LLC, AG SOLUTIONS GROUP, LLC., AG SOLUTIONS, INC., RIGGINS AG EQUIPMENT, LLC., BEHNKE ENTERPRISES, INC., MOVEERO, INC., GKN ARMSTRONG WHEELS, INC., and GKN WHEELS AND STRUCTURES,<br><br>Defendants. | 8:22-CV-006<br><br>ORDER ON STIPULATION OF VOLUNTARY DISMISSAL |

Before the Court is the parties' Stipulation of Voluntary Dismissal of defendant AG Solutions, Inc. Filing 34. AG Solutions, Inc., has not appeared in this case. All parties who have appeared in this case have joined the Stipulation of Voluntary Dismissal. Filing 34 at 1–2; *see* Fed. R. Civ. P. 41(a)(1)(A)(ii) (providing that a party may be dismissed upon "a stipulation of dismissal signed by all parties who have appeared"). The Stipulation of Voluntary Dismissal does not state whether dismissal is with or without prejudice. Filing 34 at 1. Accordingly, AG Solutions, Inc., is dismissed as a party to this case without prejudice under Federal Rule of Civil Procedure

1

41(a)(1)(A)(ii). *See* Fed. R. Civ. P. 41(a)(1)(B) ("Unless the notice or stipulation states otherwise, the dismissal is without prejudice.").

Dated this 26th day of April, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge